35,031-04

IN THE
SUPREME COURT OF THE UNITED STATES

Petitioner　　　　　　　　　　*

Vs.　　　　　　　　　　　　　*

THE STATE OF TEXAS　　　　　*

Respondent.　　　　　　　　　*

　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　*

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

MOTION TO AMEND/SUPPLEMENT THE
TEXAS COURT OF CRIMINAL APPEALS RESPONSE

TO THE HONORABLE SUPREME COURT JUSTICES:

Comes Now Nathan Felder, pursuant to Supreme Court Rules, Rule
21. For cause movant will show the following:

I.

Movant received a response from this court clerk stating that
the opinion and order must be appended. See Appendix 7.

Movant did filed a motion to the trial court and the Texas court
of criminal appeals, requesting copies of the order an opinion in
State Writ # WR-35,031-04. See Appendix 8,9.

The trial court has responded, but has failed to states any
information whatsoever about the order and opinion at issue in
WR-35,031-04 State writ. See Appendix 10.

The Clerk of the Texas court of Criminal Appeal responded and
informed movant where to obtain items requested. See Appendix 13.
Movant has mailed a letter to the State law library. See Appendix
14.

The Judge of The Texas Court of Criminal Appeals as of this
writing has ＿＿＿＿＿＿ rule on the pending motion presently
pending before that court and sent movant a copy of the order or
opinion in WR-35,031-04 State writ, and at the time of filing has
has responded. See Appendix 8,9. 15. Movant was denied the order and opinion.

Movant has not received no response from the Texas Court of
criminal appeals on this motion for the opinion and order of the

WR-35,031-04 State writ filed and denied with out a written order Art. 11.07 section 4. See Appendix's 8,9, A. Therefore it is presently making it impossible for me to produce the trial court and the court of criminal appeals opinion and order. Should the State law library have the opinion and order at issue concerning State writ WR-35,031-04 order and opinion, at a fee, Movant is indigent and unable to pay for these documents the clerk of the Supreme Court is requesting. In Texas, offenders are allowed to file a fourth writ. The trial court ordered the attorney's to give an affidavit and the State answered the fourth writ WR-35,031-04. Movant filed a response. See Appendix's 2,4,4-A.

Movant received no finding of facts and conclusions of law or order or opinion. Movant did receive from, The Court of Criminal Appeals denied the fourth State writ without a written order under article 11.07 section 4 without an order or opinion. See Appendix A. Movant should not be required to obtain a copy of the order or opinion at his expense when all other offenders that file second and fourth writ get their opinion and order in the mail free. Should any opinion or orders be sent to me, I will forwarded it to this court clerk.

Movant, demonstrate proof. In this court, filed a motion for the Trial court and the Texas Court of Criminal Appeals to show cause for the failure to render an order and opinion in this court, presently on file and pending, before the court. See Appendix's 2,3,4,5,6,7,8,9. See Supreme Court writ with attached Appendix's A, 10, Exhibit 42.

## Relief

Movant request that this court issue an order for the trial court and the Texas court of criminal appeals to send this court the opinion and order or send it to the movant pertaining to State writ # WR-35,031-04. Movant request for an extension of time based on the evidence before the court as to why movant can't obtain the records that he was instructed to attached to his supreme court writ. Movant has been denied his one chance at a proper review of his claims due to procedural defaulted claim that was not addressed at the proper time.

WHEREFORE, Movant prays that the Court grant his relief or whatever this court deem necessary in the interest of justice which movant may be entitled.

/s/ Nathan J. Felder

Nathan Felder 1163298
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

## PROOF OF SERVICE

I, Nathan Felder, do swear or declare that on this date, February _14_, 2015, as required by Supreme Court Rule 29, I have served the enclosed motion on each party to the above proceeding, by depositing in the United States mail properly addressed to each of them and with first-class postage pre-paid by TDCJ-ID. the names and addresses of those to be served are as follows: District Judge Ron Enns, 715 Dumas Ave. #302 Dumas, Texas 79029; Court Of Criminal Appeals Judge Keller, 201 W. 14th Street, Austin, Texas 78711-2308.

I, declare under penalty of perjury that the foregoing is true and correct.

Executed on February, _14_, 2015.

/s/ Nathan J. Felder